July 24, 2015

Leonardo Vasquez
TDCJ-CID #1908818
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

83,329-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 29 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 - Capitol Station
Austin, TX 78711

RE: WR-83,329-01

To whom it may concern;

On 5/20/15 you filed my original application for writ of mandamus in the above-numbered cause. In doing so you cited on the "white card" that my trial court number was "12072452."

My trial court number, and the one I used to file the above-mentioned writ, is "2012-DCR-2913-B," (The State of Texas v. Leonardo Vasquez; 138th Judicial District, Cameron County, Texas).

Both the application and the rehearing request were denied using your interpretation of the trial court number.

Can you explain to me why you used a different trial court number instead of the actual one I was convicted under?

If you would timely address my concern, I would appreciate your time, effort, and consideration.

Sincerely yours,

Leonardo Vasquez

C.c. file/lv